Will hear argument next in Thomas v. Deutsche Bank National Trust, 21-1208. Mr. Thomas, why don't you come on up, please? Thank you. You can leave them here. Mr. Miller? Ms. Miller? Hold on a second, Mr. Thomas. Okay, Mr. Thomas, we're here to listen to you, so go ahead. Good morning, Your Honor. I won't take up too much of your time. I bring this appeal under the rule of the Federal Rules of the Public Procedure to establish an error in the court due to or a part of by COVID-19. And I want you to demand or reverse the law in this case. I know what you mean. Objection has been answered in error in the United States Court of Appeals for the Second Circuit on the 8th day of April, 2021, which resulted in the Court of – which resulted in the Court of Arts answering Order Dismissal for the case in question. On December 7th, I had a telephone conference with the Magistrate to decide on the case at hand. During the telephone conference, on advice by the Magistrate, I was referred to NILAD, the New York Court of Appeals, and was expressed and explicitly told I would have another telephone conference before any ruling. I attempted to contact NILAD, but due to COVID-19, I was unable to contact anyone from NILAD. I could not reach anyone there at that time. On March 11th, 2021, a letter was sent to NILAD in reference to the case at hand, and with no reply. I went to their office location at 100 Crow Street, Manhattan, where a security officer explained there was no one in the office and the only way I could see anyone from NILAD was to call the Customs Cabinet and in turn, I could see them talking. I then received a judgment on the 8th day of April, 2021, dismissing the case. After I received the judgment, I then received a call from NILAD and had a telephone conference explaining the situation and what had happened. Also, I am invoking Rule 702 under the Federal Rules of Justice, where I enter and I'm also invoking Rules 1001 and 1002. So, Mr. Thomas, let me just maybe ask you a specific question. So the magistrate judge who you mentioned issued a report and recommendation, right? Issued a report, a recommendation for ruling in your case. Is that correct? She actually issued a judgment. Okay. Did you object to that judgment? Did you know that you were supposed to object and did you object at all to that report that you received? Did you receive the report? Did you, but did you object when you got that report to the ruling? Okay. Your objection was your appeal. Right. Is that what you're saying? That would be the case. Okay. But as I was saying, Your Honor, I'm also invoking Rule 702 along with Rule 1001A and 1002. And according to the Federal Rules of Evidence, where I entered into evidence in compliance with Rule 702 of expert witness testimony with physical evidence. And I close my argument saying, if I was in error in any way, I would contact my representatives in the Senate and the Congress. Lastly, I need, I want to cite, I'm going to cite, first, Bank of New York v. Bilderberg. Two, Countrywide Home Loans v. Gross. And three, Bosco v. Utah Power and Company. Thank you. Thank you very much, Mr. Thomas. Appreciate it. Ms. Miller. I was just asking questions, Ms. Miller. I don't suggest anything. I just ask questions. I'm just going to say a few things.  I mean, there's a number of things that Judge Parker issued, and as part of that, the court made his report and recommendation and included a page that gave him his obligations to oppose. They also mentioned, you know, a timeframe for it. It's in the record on Page 1778, our supplemental record. And he did not object, no one objected. And therefore, his ability to appeal is not the case. To the extent that he's claiming that the judgment was entered in error because the magistrate judge scheduled, was supposed to schedule another appearance, there was a telephone conference on December 8th, at which point Judge Parker scheduled another appearance on January 26th, at which this conference did also appear. He appeared at both of them. So it's claimed that there should have been a third appearance, or a second appearance, just as it is in the record. And otherwise, you know, he had made these same arguments before the foreclosure court and before the Bronx Supreme Court in the matches against my client, and he's lost now twice in those cases. And so his claims are borrowed by the district court. Thank you very much. The case is submitted. So Mr. Thomas, we are going to reserve a decision in your case, but you'll get a decision at some point relatively soon. Is that fair? And then we'll be done. All right? All right. Thank you very much. Court is adjourned.